## S09A1469. BALL v. THE STATE.

(688 SE2d 354)

BENHAM, Justice.

Appellant Antwann Paquila Ball is serving a sentence of life imprisonment, having been convicted in 2004 of malice murder and possession of a firearm during the commission of a felony. The judgment of conviction was affirmed on appeal in *Brooks v. State*, 281 Ga. 14 (635 SE2d 723) (2006). In 2007, appellant filed a motion to vacate a void judgment pursuant to OCGA § 17-9-4, and the trial court dismissed appellant's motion on the ground that the incarcerated appellant had failed to appear at a hearing on the motion. Appellant filed in this Court a timely application for discretionary appeal from that ruling, and this Court granted the application pursuant to OCGA § 5-6-35 (j) because appellant was entitled to a direct appeal at that time since his motion contained a ground upon which the judgment of conviction can be declared void. *Chester v. State*, 284 Ga. 162, 163 (664 SE2d 220) (2008); *Jones v. State*, 282 Ga.

---

568 (651 SE2d 728) (2007); *Collins v. State*, 277 Ga. 586, 587 (591 SE2d 820) (2004). Appellant filed a timely notice of appeal pursuant to the grant of his discretionary application, and this appeal resulted.

Since appellant's application was granted, this Court has determined that a petition to vacate a judgment of conviction is not an appropriate remedy in a criminal case. *Harper v. State*, 286 Ga. 216 (686 SE2d 786) (2009). Inasmuch as Ball was not entitled under the most recent ruling of this Court to file a motion to vacate his criminal conviction on the ground that it was void, his appeal from the dismissal of that motion is dismissed as improvidently granted.

*Appeal dismissed. All the Justices concur.*

DECIDED JANUARY 25, 2010.

Antwann P. Ball, *pro se.*
Tommy K. Floyd, District Attorney, Blair D. Mahaffey, Assistant District Attorney, Thurbert E. Baker, Attorney General, Sheila E. Gallow, Assistant Attorney General, for appellee.

